# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-342V
Filed: May 25, 2018
UNPUBLISHED

| | |
|---|---|
| LINDA KING,<br><br>                         Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                         Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA,* for petitioner.
*Colleen Clemons Hartley, U.S. Department of Justice, Washington, DC,* for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On March 13, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") following an influenza ("flu") vaccination administered on October 11, 2015. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 7, 2017, a ruling on entitlement was issued, finding petitioner entitled to compensation for a SIRVA. On May 24, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $70,000.00 and $1,061.38 to satisfy a WellCare Medicaid lien. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. Based on the

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards**

**(1) Petitioner a lump sum payment of $70,000.00 in the form of a check payable to petitioner, Linda King.** This amount represents compensation for all damages that would be available under § 300aa-15(a); and

**(2) A lump sum payment of $1,061.38, representing compensation for satisfaction of the WellCare lien, payable jointly to petitioner[3] and to**:

Equian, LLC
PO Box 771932
Detroit, MI 48277-1932
File Number 786494-116717

The clerk of the court is directed to enter judgment in accordance with this decision.[4]

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master

---

[3] Petitioner agrees to endorse this payment to Magnolia Health.

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| LINDA KING,<br><br>        Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>        Respondent. | No. 17-342V<br>Chief Special Master Dorsey<br>ECF |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.      Compensation for Vaccine Injury-Related Items**

On December 7, 2017, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act. The same day, Chief Special Master Dorsey issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA"). Based on the evidence of record, respondent proffers that petitioner should be awarded **$70,000.00**. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a), with the exception of the reimbursement of the Medicaid lien, below. Petitioner agrees.

Respondent further proffers that petitioner, Linda King, should be awarded funds to satisfy a WellCare Medicaid lien in the amount of **$1,061.38**, which represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action WellCare may have against any individual as a result of any Medicaid payments that WellCare has made to or on behalf of Linda King from the date of her eligibility for benefits through the date of judgment in

this case as a result of her vaccine-related injury suffered on or about October 11, 2015, under Title XIX of the Social Security Act.  Petitioner agrees.

## II.     Form of the Award

Respondent recommends that the compensation provided to petitioner be made through two lump sum payments as described below:

(1)     A lump sum payment of **$70,000.00** in the form of a check payable to petitioner.[1]

(2)     A lump sum payment of **$1,061.38**, representing compensation for satisfaction of the WellCare lien, payable jointly to petitioner and to:

> Equian, LLC
> PO Box 771932
> Detroit, MI 48277-1932
> File Number:  786494-116717

Petitioner agrees to endorse this payment to Equian, LLC.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

> Respectfully submitted,
>
> CHAD A. READLER
> Acting Assistant Attorney General
>
> C. SALVATORE D'ALESSIO
> Acting Director
> Torts Branch, Civil Division
>
> CATHARINE E. REEVES
> Deputy Director
> Torts Branch, Civil Division
>
> ALEXIS B. BABCOCK
> Assistant Director
> Torts Branch, Civil Division

---

[1] Should petitioner die prior to the entry of judgment, respondent reserves the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

3

/s/ Colleen C. Hartley
COLLEEN C. HARTLEY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Phone: (202) 616-3644
Fax:    (202) 353-2988

DATED:  May 24, 2018